IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-15 Erie |
| | ) |
| FREDERICK B. WILLIAMS | ) |

**MOTION TO EXTEND THE TIME FOR THE**
**FILING OF PRETRIAL MOTIONS**

AND NOW, comes the defendant, FREDERICK B. WILLIAMS, by his attorney, Thomas W. Patton, Assistant Federal Public Defender, and respectfully moves this Honorable Court for an Extension of Time to File Pretrial Motions, and in support thereof sets forth as follows:

1. The defendant, Frederick B. Williams, has been charged in a one-count indictment with violation of Title 18 U.S.C. § 751(a); escape from custody.

2. Pursuant to an Order of Court dated June 27, 2005, certain types of pretrial motions are due on July 22, 2005.

3. Additional time is needed to complete counsel's investigation of the facts and law before informed decisions can be made concerning the filing of pretrial motions.

4. Accordingly, counsel requests an additional thirty (30) within which to file pretrial motions.

WHEREFORE, defendant, Frederick B. Williams, respectfully requests an extension of thirty (30) days to file pretrial motions.

        Respectfully submitted,


        <u>/s/ Thomas W. Patton</u>
        Thomas W. Patton
        Assistant Federal Public Defender
        PA ID #88653

Case 1:05-cr-00015-MBC    Document 13    Filed 07/22/2005    Page 2 of 2