IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 02-15Erie
)
JAMES EDWARD CROCKETT, )
)
Defendant. )

## ORDER

The Court has received a letter from the defendant dated July 5, 2005, attached to this Order, requesting that his sentence be amended. We will treat this letter as a motion for amendment of sentence filed *pro se*. There are no grounds upon which we may grant the relief requested. And now, to-wit, this 25th day of July, 2005, it is hereby ORDERED, ADJUDGED, and DECREED that defendant's motion be and hereby is DENIED.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior United States District Judge

cc:   Counsel of Record

James E. Crockett
No. DD-9126
801 Butler Pike
Mercer, PA 16137

```
        IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA
        ERIE, PENNSYLVANIA
```

TO: The Honorable MAURICE B. COHILL, JR.
    SENIOR U.S. DISTRICT COURT JUDGE
    JUDGE COHILL'S CHAMBERS
    U.S. DISTRICT COURT, ERIE, PA          DATE: 7/05/05

Honorable Judge Cohill, Sir:

   From within the Commonwealth Of Pennsylvania's Department of Corrections at the Honor Unit at Mercer, Pa. I, an inmate in that institution would like to address myself to you, and to all of the elements that are needed and so necessary for, me to get you to grant my request herein. Less you think that I am ungrateful, allow me to say, thanks to you for showing a serious act of kindness, concern, understanding and the willingness to give a man in trouble the benefit of the doubt, by not placing him in a federal prison for a long term of years. I thank you Sir for the sentence that you imposed upon me in this federal case.

   I will always think of you as I walk through the doors of life with a positive attitude and with new purposes. The chance that you gave me by not sentencing me to a long term of imprisonment caused me to be thankful and humble and as a result my criminal passions has been subdued and I am a new man ready to step out on the world stage with new concerns and intentions. I plan to start DRUG and ALCOHOL awareness classes. I will give them a short, but to the point story of my life, as a Drug and Alcohol abuser. Tell them how I started using and how it lead me to using heroin(herion).

   I'll explain how I went to Drug and Alcohol Rehabs 3 times and got clean and sober. Then started selling Drugs, also how I, ended up doing prison time after having never being in prison before, with the bottom line being doing prison time of death. Since being in prison, even though I haven't used Drugs or Alcohol in 12 and a half years, the prison authorities wanted me to participate and attend a Relapse Prevention Program, and get a job and stay misconduct free. I've completed the program, I've had a job all the while I've been in prison and I have been misconduct free. I seriously regret the fact that I was ever involved in the illegal trafficing of drugs. I pray that God will forgive me. Yet, I feel compelled to share these intentions with you because in my heart I am very happy to know that I am no longer selfish and that in my heart I really care for others who are suffering in the world. I am striving to make this type of activity my Ministry.

In our world Judge Cohill, so many people suffer. Our world is in fact, Sir, terribly difficult for many human beings. When we reflect, explore, and examine ourselves and the people around us, we sense that many people live their lives from a foundation of deep hurt and trauma. All the ways in which life has refined itself into activities of distraction and avoidance speak of the pain that is there. So many adult men and women devote enormous energy and ti{m}e covering up the effects of the hurt and the violence that happened in their earlier lives. Many of these abused Boys and Girls have grown up to perpetrate further violence. I feel the deepest compassion for these type of people.

But I am concerned also with the Homeless Boys and Girls who have no place to in times of stress and strain and thus many of them suffering from hunger becomes easy prey for the Social Misfits of our Society. That once I was gi{v}en the chance to live and be free again, I made the choice that I was going on a straight path. But after praying and confessing my wrongs, I discoverd(discovered) that we donot live in this world in isolation. Other people and other lives deeply affects. Judge, we do not have to open our eyes too wide to see that we live in a world of enormous suffering.

Judge Cohill, Sir, in this letter I am asking you to please consider this request for an <u>AMENDMENT OF JUDGMENT</u> in my case, to have such amendment of judgment show that my federal sentence of 60 months has been reduced to a sentence of 40 months so as it can really be concurrent. Thus making it possible for me to be released from all incarceration after I have served 45 months on the Pa. State sentence say MARCH of 2006.

That I am not demanding this, Sir, as I am asking that you continue to reach out to me and help me a little bit more. This is my chance to really help people and to be a meaningful member of a free and sane soci{e}ty. I want my family to know that it isn't to late for me to be a useful citizen in the Community. I will not cause you any shame if you grant me this request and more than likely I will one day seek your attendance for a speech in this my crusade. I will graciously appreciate your consideration in this matter, and please know that I am serious and real with my compassion for the suffering humanity.

Thanking You Very Much,

*James E. Crockett*
JAMES EDWARD CROCKETT

RE: Case No. 1:02CR00015-006
    21 U.S.C. Section 846
    60 Mos. Fed. Sentence
    Concurrent with Pa. State Sentence.

Please disregard mistakes as the type-writers we use are defective when we buy them and skips quite a bit.

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES of AMERICA        :
                                :
v.                              :
                                :
                                :
CLARENCE JUANE GAMBILL          :   CRIMINAL NO. 05-27 ERIE

**ORDER**

AND NOW, to-wit, this 25th day of July, 2005, upon the undersigned's Motion to Withdraw as Counsel of record it is hereby ORDERED, ADJUDGED and DECREED that Gene P. Placidi is hereby granted leave to withdraw as counsel of record on behalf of Clarence Juane Gambill, regarding the above captioned matter as Timothy J. Lucas has been appointed counsel on behalf of the defendant, Clarence Juane Gambill.

_____
                              J.